IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>AND EMPLOYERS INSURANCE OF<br>WAUSAU, A Mutual Company | PLAINTIFFS |
| V. | CIVIL ACTION NO. 3:01-CV-935WS |
| JERROLL LAVON "J.L." HOLLOWAY | DEFENDANT |

## ORDER

Before the court is the motion to reset a hearing on the matter of the motion for summary judgment [**docket no. 25**].  Inasmuch as this court conducted a hearing on this matter, the motion to reset the hearing for summary judgment on the personal guaranty of J.L. Holloway is hereby terminated as moot.

SO ORDERED, this the 30th day of September, 2006.

s/ HENRY T. WINGATE

_____
**CHIEF UNITED STATES DISTRICT JUDGE**